# Order

Michigan Supreme Court
Lansing, Michigan

October 3, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153863

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC:  153863
      COA:  331834
      Wayne CC:  15-004345-FC

ARTHUR HUDSON,
      Defendant-Appellant.

_____/

      By order of January 31, 2017, the application for leave to appeal the April 11, 2016 order of the Court of Appeals was held in abeyance pending the decision in *People v Comer* (Docket No. 152713).  On order of the Court, the case having been decided on June 23, 2017, 500 Mich ___ (2017), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      WILDER, J., did not participate because he was on the Court of Appeals panel.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2017



Clerk

s0925